88 So.2d 797

88 So.2d 854

William E. BELK

v.

STATE.

6 Div. 428.

Court of Appeals of Alabama.

June 26, 1956.

Carson LOWERY

v.

STATE.

8 Div. 742.

Court of Appeals of Alabama.

June 26, 1956.

R. G. Redden, Vernon, for appellant.

John Patterson, Atty. Gen., for the State.

HARWOOD, Presiding Judge.

This is an attempted appeal from the proceedings below, had in the Circuit Court of Lamar County.

No judgment of the circuit court appears in the record. Without such, this court is without jurisdiction, and perforce an order of dismissal must be entered. First National Bank of Russellville v. Welch, 22 Ala.App. 615, 118 So. 675; Heffelfinger v. Lane, 239 Ala. 151, 194 So. 504.

Appeal dismissed.